No. 15,331.

PUTERBAUGH *v.* ODD FELLOWS BUILDING AND INVESTMENT
COMPANY OF ENGLEWOOD, COLORADO.
(137 P. [2d] 1023)

Decided April 26, 1943.   Rehearing denied May 17, 1943.

Judgment affirmed en banc without written opinion.

Mr. JOHN T. DUGAN, for plaintiff in error.

Mr. C. C. CONANT, for defendant in error.